IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. TOMPKINS | * |
| Plaintiff, | * |
| vs. | * CASE NO. 2:05CV584-C |
| ALLSTATE INSURANCE COMPANY | * |
| Defendant. | * |

## NOTICE OF REMOVAL

COMES NOW the Defendant, ALLSTATE INSURANCE COMPANY, a Corporation and files this its Notice of Removal of this action from the Circuit Court of Bullock County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. As grounds hereto, this Defendant shows unto the Court as follows:

### BACKGROUND OF THIS ACTION

1. The above-entitled cause has been brought in the Circuit Court for Bullock County, Alabama, by service of the Summons and Complaint on or about June 3, 2005, and is now pending therein. A complete copy of the lawsuit along with all State Court pleadings are attached as Exhibit "A" and are incorporated herein by reference. This case is being removed within 30 days of service and well within one year of the commencement of this action.

2. Said action is of a civil nature at law whereby Plaintiffs seek to recover damages in excess of $75,000 from the Defendant, exclusive of interest and costs.

### THE PLAINTIFF

3. Upon information and belief, and as pled in the Plaintiff's Complaint, the Plaintiff is

00935517.1/1050-0213

a resident citizen of Montgomery County, Alabama.

## THE REMOVING DEFENDANT

4.  At all times referred to in the Complaint including the date of filing of the Complaint, the Defendant, Allstate Insurance Company, was a foreign corporation organized and existing under the laws of the State of Illinois with its principal place of business in the State of Illinois.

## GROUNDS FOR REMOVAL

5.  This case is being removed pursuant to 28 U.S.C. §1441 et seq., inasmuch as this action could have originally been brought in this Court pursuant to 28 U.S.C. §1332.

6.  No special bail was or is required in this action.

## JURISDICTION UNDER 28 U.S.C. §1332

7.  This action could have originally been brought in this Court pursuant to 28 U.S.C. §1332 in that it is a civil action wherein the matter in controversy exceeds $75,000 exclusive of interest and costs and there is diversity of citizenship among the parties Plaintiffs and Defendants.

8.  With regard to the amount in controversy, Plaintiff's Complaint specifically alleges "bad faith" failure to pay and demands compensatory and punitive damages. (See Plaintiff's Complaint, Count I and the Ad Danum Clause with the Complaint). See also, Standard Plan, Inc. v. Tucker, 582 So. 2d 1024 (Ala. 1991) (affirming $500,000 verdict for punitive damages in a "bad faith" action); Aetna Life Ins. Co. v. Lavoie, 505 So. 2d 1050 (Ala. 1987) (ordering remittitur of $3,500,000 verdict to $3,000,000); United Ins. Co. of America v. Cope, 630 So. 2d 407 (Ala. 1993) (reversing and remanding jury verdict for $1,000,000 in compensatory damages and $3,000,000 in punitive damages in "bad faith" action). Specifically, Plaintiff alleges compensatory damages in the amount of $125,229.00 and punitive damages.

9. There is complete diversity of citizenship between the Plaintiff and Defendant Allstate.

10. That this suit is removed to this Court, under and by virtue of the Acts of Congress of the United States, and the Defendant is desirous of removing said cause to this Court.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that the above-entitled cause be removed to the United States District Court for the Middle District of Alabama, Northern Division, according to the statutes in such case made and provided.

DONE this the 16th day of June, 2005.

_____
Thomas E. Bazemore, III
Gerald C. Brooks, Jr.
Attorneys for Defendant Allstate Insurance Co.

**OF COUNSEL:**

HUIE, FERNAMBUCQ AND STEWART, LLP
The Protective Center
2801 Highway 280 South, St. 200
Birmingham, Alabama 35223
Telephone : (205) 251-1193
Telecopier: (205) 251-1256

STATE OF ALABAMA    )
JEFFERSON COUNTY    )

Before me, the undersigned, a Notary Public in and for said State and County, personally appeared Thomas E. Bazemore, III who being by me first duly sworn, deposes and says that he is one of the attorneys for the Petitioner in this cause, and further says that the facts contained in the foregoing Notice of Removal are true and correct.

_____
Thomas E. Bazemore, III

Sworn to and subscribed before me on this the __16th__ day of ____June____, 2005.

_____Heather Nuce Hanson_____
NOTARY PUBLIC
Commission Expires: 1/6/07

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for the Defendants, certifies that a true copy of the foregoing Notice of Removal and all State Court pleadings marked as Exhibit "A" along with all other exhibits, have been served upon the following attorneys of record, by depositing copies thereof in the United States Mail, properly addressed and first-class postage prepaid on this the 16th day of June , 2005.

Arlene M. Richardson
Richardson Legal Center, LLC
P.O. Box 971
Hayneville, Alabama 36040

_____
Of Counsel