IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN E. TOMPKINS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 2:05CV584-C |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | |
| | * | |
| Defendant. | * | |

**AMENDED ANSWER
OF ALLSTATE INSURANCE COMPANY**

Comes now the Defendant, ALLSTATE INSURANCE COMPANY, a Corporation, and in addition to its previously filed Answer, additionally sets forth the following defenses:

**TWENTY-EIGHTH DEFENSE**

This Defendant pleads advice of counsel.

Respectfully submitted,

s/Thomas E. Bazemore, III
Thomas E. Bazemore, III
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South
Birmingham, Alabama 35223
205-251-1193
205-251-1256
teb@hfsllp.com
ASB-6231-056T

00938484.1/1050-0213

## CERTIFICATE OF SERVICE

  I hereby certify that on June 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Arlene M. Richardson, Esq.</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:_____.

         Respectfully submitted,

         s/Thomas E. Bazemore, III
         Thomas E. Bazemore, III
         Huie, Fernambucq & Stewart, LLP
         Three Protective Center
         2801 Highway 280 South
         Birmingham, Alabama 35223
         205-251-1193
         205-251-1256
         teb@hfsllp.com
         ASB-6231-056T