IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUL 25  A 10: 21

| | | |
|---|---|---|
| JOHN E. TOMPKINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05CV584-C |
| ALLSTATE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

7-22-05
Date

*Arlene M. Richardson*
Signature

John E Tompkins
Counsel For (**print** name of all parties)

P.O. Box 971, Hayneville, AL 36040
Address, City, State Zip Code

334-548-5660
Telephone Number

3