IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. TOMPKINS | * |
| Plaintiff, | * |
| vs. | * CASE NO.: 2:05CV584-C |
| ALLSTATE INSURANCE COMPANY | * |
| Defendant. | * |

### REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R. Civ. P. 26(f), a meeting was held by telephone, at <u>Huie, Fernambucq & Stewart, L.L.P.</u> and was attended by:

Arlene Richardson on behalf of plaintiff John E. Tompkins; Gerald C. Brooks, Jr., on behalf of Defendant Allstate Insurance Company.

2.  **PRETRIAL DISCOVERY DISCLOSURES:** The parties will exchange by October 1, 2005, the information required by Rule 26.1(a)(1).

3.  **DISCOVERY PLAN.** The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

**PLAINTIFFS:**

Defendants' reason for denying full coverage of the Plaintiff's loss;
Defendants' evidence of vandalism and\or malicious mischief;
Defendants' fire inspection report;
Defendants' evidence as to vacancy of the Plaintiff's property;
Defendants' efforts to determine cause of fire; and
Defendants' investigation of the Fire.

**DEFENDANT:**

Plaintiff's allegations against Allstate.
Plaintiff's evidence of damages.

All discovery commenced in time to be completed by **June 15, 2006.**

A maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 25 request for admissions by each party to any other party. Responses due 30 days after service.

A maximum of 30 requests for production by each party to any other party. Responses due 30 days after service.

Maximum of 7 depositions for Plaintiff and 7 depositions for Defendants.

Reports from retained experts under Rule 26(a)(2) shall be due from the Plaintiff on or before **February 15, 2006,** with Plaintiff's experts to be deposed before **March 15, 2006.** Reports from Defendants' experts under Rule 26(a)(2) shall be due on or before **April 15, 2006,** with Defendants' experts to be deposed on or before **May 15, 2006.** Supplementations under Rule 26(e) due **June 1, 2006.**

4.    **OTHER ITEMS**:

The parties do request a conference with the Court before entry of the Scheduling Order.

Plaintiff should be allowed until **December 1, 2005,** to add additional parties and to amend pleadings. Defendants should be allowed until **January 1, 2006,** to join additional parties and to amend pleadings.

All dispositive motions should be filed by **July 1, 2006**.

00938531.1/1050-0213

Settlement cannot be realistically evaluated prior to close of discovery.

The parties request a final pretrial conference in **July 2006**.

Final lists of trial evidence under Rule 26(a)(3) should be due:

From Plaintiff and Defendant 20 days before trial; exhibits 20 days before trial.

The parties should have 7 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial by **August 2006.** Expected length of trial is 4 days.


DATE: August 15, 2005

                        Respectfully submitted,

                        s/Thomas E. Bazemore, III (ASB-6231-056T)
                        s/Gerald C. Brooks, Jr. (ASB-8266-R76B)
                        Huie, Fernambucq & Stewart, LLP
                        2801 Highway 280 South, Suite 200
                        Birmingham, Alabama 35223
                        205-251-1193
                        Attorneys for Defendant


                        s/ Arlene M. Richardson (ASB-9452-I60A)
                        Richardson Legal Center, LLC
                        P.O. Box 971
                        Hayneville, Alabama 36040334-548-5660
                        334-548-5660
                        Attorney for Plaintiff