# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 8/22/05 | AT | 2:31 p.m. - 2:34 p.m. |
| DATE COMPLETED: 8/22/05 | AT | FTR RECORDING |

JOHN E. THOMPKINS

    Plaintiff

vs..

ALLSTATE INSURANCE COMPANY INC.

    Defendant

CASE NO. 2:05CV584-CSC

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Arlene Richardson | | Atty. Gerald Brooks, Jr. |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON          LAW CLERK:

---

(X) OTHER PROCEEDINGS:          *TELEPHONE SCHEDULING CONFERENCE*

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | Telephone Scheduling Conf - 2:05cv584-CSC | |
| **Date** 8/22/2005 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 2:31:17 PM | Court | Telephone conference begins; parties on line as noted; Discussion about the trial setting of the case; Discussion of the September term; |
| 2:33:39 PM | Atty. Richardson | Agrees with the September term; |
| 2:33:44 PM | Atty. Brooks | That's fine; |
| 2:33:44 PM | Court | Will set case on trial term for September 11, 2006; Pretrial will be set for August. 4th, 2006; |
| 2:34:38 PM | Atty. Richardson | Thinks the Sept. trial date is fine; |
| 2:34:38 PM | Court | Court is recessed. |