IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. TOMPKINS,  )  <br>     Plaintiffs,                       )  <br> v.                                               )  <br>                                               )  <br> ALLSTATE INSURANCE CO.,       )  <br>                                               )  <br>     Defendant.                     ) | Case No.: 2:05CV584-C |

## MOTION TO JOIN ADDITIONAL PLAINTIFF

**COMES NOW** the Plaintiff, John E. Tompkins, by and through his attorney of record, and pursuant to Rule 20 of the *Federal Rules of Civil Procedure*, hereby moves the Court for permissive joinder of party plaintiff and in support thereof would state as follows:

1. That Jane Hoehaver was a co-owner of the property made the basis of this complaint and is entitled to relief which arises out of the same occurrence made the basis of this lawsuit;

2. That Jane Hoehaver shared in the loss equally with the Plaintiff, John E. Tompkins, in that they shared the home and all belongings therein;

3. That a right to relief is asserted by them jointly as they were cohabitants of the subject property and joint owners of the property by virtue of a deed;

4. That Plaintiff, John E. Tompkins, filed the instant claim against Defendant, Allstate, alleging Bad Faith, Breach of Contract, and Fraudulent Suppression on the part of the Defendant and all allegations present common questions of law that affect John E. Tompkins and Jane Hoehaver;

5. That joinder of Jane Hoehaver as a party Plaintiff is necessary for the just and complete adjudication of the aforementioned issues; and

6. That joinder of Jane Hoehaver as a party Plaintiff will not alter or delay the instant case in any way; nor, will the joinder cause prejudice or increase expenses to any existing parties.

7. That a copy of the original complaint and the Amended Complaint is submitted contemporaneously with this motion.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, John E. Tompkins, prays that this Honorable Court Grant his Motion To Join Additional Plaintiff, Jane Hoehaver.

Respectfully submitted this 22nd day of September, 2005.

s/Arlene M. Richardson,
Arlene M. Richardson, ASB 9452I60A
Attorney for Plaintiffs
Richardson Legal Center LLC
P.O. Box 971
Hayneville, AL 36040
(334) 548-5660
(334) 548-5661 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Edwin Bazemore, II    (teb@hfsllp.com, hha@hfsllp.com)
Gerald Clark Brooks, Jr    (geb@hfsllp.com, mcb@hfsllp.com)

I hereby certify that I have mailed by US Postal Service, postage prepaid and properly address on this 22nd day of, 2005, the foregoing document to the following non-CM/ECF participants:

**NONE**

s/Arlene M. Richardson,
Arlene M. Richardson, ASB 9452I60A
Attorney for Plaintiffs
Richardson Legal Center LLC
P.O. Box 971
Hayneville, AL 36040
(334) 548-5660
(334) 548-5661 Fax