**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 23, 2005

# NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

**Case Style:   Tompkins v. AllState Insurance Co.**

**Case Number: 2:05cv584-C**

**Referenced Pleading: Amended Complaint**

**Docket Entry Number: #11**

**The referenced pleading, electronically filed on 9/22/05, is stricken due to non-compliance. Document #10, Motion to Add Additional Plaintiff, has not been granted; therefore, document #11 should have been an attachment to document #10.  Document #11 is stricken and is added as an attachment to document #10.**