IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. TOMPKINS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:05CV584-C |
| | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Upon consideration of the plaintiff's motion to join additional plaintiff (doc. # 10), it is

ORDERED that on or before **October 11, 2005**, the opposing party shall show cause why the motion should not be granted.

Done this 26th day of September, 2005.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE