IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN E. TOMPKINS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 2:05-CV-584-C |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

COMES NOW the Defendant, Allstate Insurance Company and gives notice that it has on this date served Responses to Plaintiff's Interrogatories and Responses to Plaintiff's Request for Production on counsel for Plaintiff via U.S. mail.

s\ Gerald C. Brooks, Jr.
_____
Thomas E. Bazemore, III   (BAZ001)
Gerald C. Brooks, Jr. (BRO212)
Attorneys for Defendant, Allstate Insurance Company

OF COUNSEL:

HUIE, FERNAMBUCQ, & STEWART
3 Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
(205) 251-1193

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Arlene M. Richardson.

                                              s\Gerald C. Brooks, Jr.
                                              Gerald C. Brooks, Jr.
                                              HUIE, FERNAMBUCQ, & STEWART
                                              3 Protective Center
                                              2801 Highway 280 South, Suite 200
                                              Birmingham, AL  35223-2484
                                              (205) 251-1193