IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN E. TOMPKINS | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 2:05-CV-584-C |
| ALLSTATE INSURANCE COMPANY | * | |
| Defendant. | * | |

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING JOINDER OF ADDITIONAL PARTIES

COMES NOW the Defendant, ALLSTATE INSURANCE COMPANY ("Allstate"), and respectfully requests this Court to enter an Order denying Plaintiff's Motion to Join Additional Parties. As grounds therefore, this Defendant shows unto the Court as follows:

1. This litigation was originally filed by John E. Tompkins on or about <u>June 5, 2005</u>. Tompkins, an Allstate insured, seeks insurance benefits as a result of a fire which damaged a house located at 303 Kennon Street, Union Springs, Alabama.

2. Within the original Complaint, Tompkins alleges numerous causes of action against Defendant Allstate, including bad faith, breach of contract and fraudulent suppression. Tompkins specifically asserts that he was an insured under the Allstate policy.

3. The amendment sought would add Jane Hoehaver as a party Plaintiff. It is asserted that Jane Hoehaver should be added as an additional Plaintiff because Ms. Hoehaver was a co-owner of the structure and shared equally in the loss.

4. Jane Hoehaver was not a named insured nor a party to any contract with Allstate Insurance. Absent a contractual relationship with this Defendant, Hoehaver cannot set forth any facts

that could alter the conclusion that there is no basis for any direct action against Allstate. Ms. Hoehaver has no standing to sue based on any alleged breach of the policy of insurance in question.

WHEREFORE, PREMISES CONSIDERED, this Defendant, Allstate Insurance Company, respectfully requests that this Court enter an Order denying the Motion to Join Additional Parties.

Respectfully submitted,

s\Gerald C. Brooks, Jr.
Thomas E. Bazemore, III
Gerald C. Brooks, Jr.

OF COUNSEL:
HUIE, FERNAMBUCQ, & STEWART
3 Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
(205) 251-1193

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Arlene M. Richardson.

Arlene M. Richardson (arlawyer@htc.net)
Richardson Legal Center, LLC
P.O. Box 971
Hayneville, Alabama 36040

s\Gerald C. Brooks, Jr.
Of Counsel

2