# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

October 27, 2005

# NOTICE OF CORRECTION

FROM:     Clerk's Office

Case Style:  John E. Tompkins v. Allstate Insurance Co.

Case No.:    2:05cv584-C
              Document 18   Response in Support of Motion to Add Plaintiff

This Notice of Correction was filed in the referenced case this date to enter the corrected pdf of the referenced document into the record.  The original pdf contained an incorrect style which included additional plaintiff.