IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. TOMPKINS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05CV584-C |
| | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the September 22, 2005, motion to join additional plaintiff and amend the complaint (doc. # 10) filed by the plaintiff. On October 11, 2005, the defendant filed a response in which it objects to the adding of a plaintiff and amending the complaint. (Doc. # 16). On October 25, 2005, the plaintiff filed a reply to the defendant's response. (Doc. # 18). Upon consideration of the motion and the responses by both the defendant and plaintiff, it is

ORDERED that the motion to join additional plaintiff and amend the complaint (doc. # 10) be and is hereby GRANTED. The plaintiffs shall file an amended complaint consistent with this order within seven (7) days of the date of this order.

Done this 27th day of October, 2005.

                      /s/Charles S. Coody
                      CHARLES S. COODY
                      CHIEF UNITED STATES MAGISTRATE JUDGE