IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. TOMPKINS and JANE HOEHAVER, | * * * |
| Plaintiffs, | * * |
| vs. | *  CASE NO. 2:05-CV-584-C * |
| ALLSTATE INSURANCE COMPANY | * * |
| Defendant. | * |

### ANSWER OF ALLSTATE INSURANCE COMPANY TO AMENDED COMPLAINT

Comes now the Defendant, ALLSTATE INSURANCE COMPANY, a Corporation, ("Allstate") and files its Answer and Defenses to Plaintiffs' Amended Complaint, showing as follows:

1. Pursuant to Federal Rules of Civil Procedure 10(c), Defendant adopts and incorporates by reference their answers, allegations, averments, and defenses asserted in Allstate's Answer to the original Complaint.

Respectfully submitted,

\s\Gerald C. Brooks, Jr.
Thomas E. Bazemore, III
Gerald C. Brooks, Jr.
Attorneys for Defendant Allstate Insurance Co.

**OF COUNSEL:**

HUIE, FERNAMBUCQ AND STEWART, LLP
The Protective Center
2801 Highway 280 South, St. 200
Birmingham, Alabama 35223
Telephone : (205) 251-1193
Telecopier: (205) 251-1256

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for the Defendants, certifies that a true copy of the foregoing has been served upon the following attorneys of record, by depositing copies thereof in the United States Mail, properly addressed and first-class postage prepaid on this the 14th day of November, 2005.

Arlene M. Richardson
Richardson Legal Center, LLC
P.O. Box 971
Hayneville, Alabama 36040

\s\ Gerald C. Brooks, Jr.
Of Counsel

00935519.1/1050-0213