IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. TOMPKINS and JANE HOEHAVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: CSC 2:02cv584-C |
| ) | |
| ALLSTATE INSURANCE COMPANY, INC. ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR LEAVE OF COURT**
**and**
**JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

**COMES NOW**, the parties by and through their respective counsel and hereby move for leave of court and jointly move to extend the dispositive motion deadline in the above case and as reason therefore state as follows:

1. The parties have entered into settlement negotiations in hopes that this case can be settled prior to dispositive motions. Plaintiff has made a demand and the Defendants are now considering said offer.

2. Depositions of each plaintiff and defendant's experts have been scheduled. Plaintiff has requested that the deposition of her expert on April 13 be rescheduled because her daughter is expecting her baby to be born on April 13. The defendants have not objected to rescheduling the deposition however both parties would prefer to continue settlement negotiations before expending the cost of experts.

3. With permission of the Court, counsels for both parties have agreed that a continuation of the current dispositive motion deadline of May 4, 2006 should be

extended to May 26, 2006. This extension will not prejudice either party and will not effect the other deadlines contained in the Courts Scheduling Order.

4. Although the parties realize that the Court must also keep a schedule, an extension will also give the parties time to negotiate settlement of this case. Which would serve the ends of justice for the Court and the parties.

**WHEREFORE**, the parties respectfully request that this court Grant their Motion for Leave of Court and Grant their Motion to Extend the Dispositive Deadline to May 26, 2006.

Respectfully submitted this the 12th day of April, 2006.

| | |
|---|---|
| s/Arlene M. Richardson | s/Thomas E. Bazemor, III |
| Bar Number ASB 9452-I60A | s/ Gerald C. Brooks, Jr. |
| Attorney for the Plaintiff | Huie, Fernambucp & Stewart, LLP |
| **Richardson Legal Center, L.L.C.** | 2801 Highway 280 South, Suite 200 |
| P.O. Box 971 | Birmingham, AL 35223 |
| Hayneville, Alabama 36040 | Telephone: 205-251-1193 |
| Telephone: (334) 548-5660 | teb@hfsllp.com |
| arlawyer@btcnet.net | gcb@hfsllp.com |