IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. TOMPKINS and JANE HOEHAVER, )<br>)<br>    Plaintiff,    )<br>)<br>v.    )<br>)<br>ALLSTATE INSURANCE COMPANY, INC.  )<br>)<br>    Defendant.    ) | Case No.: CSC 2:05cv584-C |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

On or about May 1 through May 23, 2006 Counsel for the Plaintiff's and Counsel for the Defendants earnestly discussed settlement of the above case. Counsel and the parties have reached an agreement to settle this case and will be filing a joint stipulation of dismissal when the settlement instruments are exchanged and executed.

Submitted this the 24th day of May, 2006

                                        **s/Arlene M. Richardson**
                                        Bar Number ASB 9452-I60A
                                        Attorney for the Plaintiff
                                        **Richardson Legal Center, L.L.C**.
                                        P.O. Box 971
                                        Hayneville, Alabama 36040
                                        Telephone: (334) 548-5660
                                        Fax: (334) 548-5661
                                        E-mail: arlawyer@htcnet.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

teb@hfsllp.com

gcb@hfsllp.com

And certify that I have hereby mailed by United States Postal Service the document to the following non-CM/ECF participants:

      NONE

Respectfully submitted,

                         **s/Arlene M. Richardson**
                         Bar Number ASB 9452-I60A
                         Attorney for the Plaintiff
                         **Richardson Legal Center, L.L.C.**
                         P.O. Box 971
                         Hayneville, Alabama 36040
                         Telephone: (334) 548-5660
                         Fax: (334) 548-5661
                         E-mail: arlawyer@htcnet.net