**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 25, 2006

# NOTICE OF CORRECTION

From:    Clerk's Office

Case Style:    Tompkins v. AllState Insurance Company

Case Number:    2:05-cv-00584-CSC

**This Notice of Correction was filed in the referenced case this date to correct the case number on the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 25   filed on    May 24, 2006.**