IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. TOMPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:05cv584-CSC |
| | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On May 24, 2006, the parties informed the court that they had reached an amicable settlement of all issues.  *See* Doc. # 25.  Accordingly, it is

ORDERED that on or before June 15, 2006, the parties shall file a joint stipulation for dismissal.

Done this 25th day of May, 2006.

                            /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE