IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN E. TOMPKINS                           *
                                          *
            Plaintiff,                    *
                                          *
vs.                                       *      CASE NO. 2:05-CV-584-C
                                          *
ALLSTATE INSURANCE COMPANY                *
                                          *
            Defendant.                    *

## JOINT STIPULATION OF DISMISSAL

Come now the parties, Plaintiffs and Defendant and show unto the Court that they have resolved all claims, issues and controversies pending between the parties hereto and desire the Court to enter an Order dismissing all claims of the Plaintiffs against the Defendant, with prejudice with each party to bear its own respective costs of Court.

Respectfully submitted this the _____8th_____ day of _____June_____, 2006.

Respectfully submitted,

Thomas E. Bazemore, Esq.
Gerald C. Brooks, Jr., Esq.
        Three Protective Center, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Tel: 205/251-1193
Fax: 205/251-1256
teb@hfsllp.com
**ATTORNEYS FOR DEFENDANT,**
**ALLSTATE INSURANCE COMPANY**

/s/ Arlene M. Richardson
Richardson Legal Center, LLC
P.O. Box 971
Hayneville, Alabama 36040
334-548-5660
**ATTORNEY FOR PLAINTIFF**

- 3 -

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

JOHN E. TOMPKINS                          *
                                          *
        Plaintiff                 *
                                          *
vs.                                       *          CASE NO. 2:05-CV-584-C
                                          *
ALLSTATE INSURANCE COMPANY                *
                                          *
        Defendant.                *

## ORDER

Pursuant to the Joint Stipulation of Dismissal filed by the parties in this action, it is hereby ORDERED, ADJUDGED and DECREED that all claims of the Plaintiffs against Defendant, ALLSTATE INSURANCE COMPANY, be and hereby are dismissed with prejudice.  Each party will bear its own respective costs of Court.

DONE and ORDERED this the ___ day of _____, 2006.

_____
CIRCUIT COURT JUDGE